**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WESTERN UNION FINANCIAL**
**SERVICES, INC. and INTEGRATED**
**PAYMENT SYSTEMS INC.,**

        **Plaintiffs,**

**-vs-**                              **Case No. 6:08-cv-265-Orl-22DAB**

**BANCO POPULAR NORTH AMERICAN**
**CORP.,**

        **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS (Doc. No. 6)**
>
> **FILED:** **March 4, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

As the parties are aware, the instant action is related to a criminal case - *United States v. Pronto Cash of Florida, Inc., et al.,* Case No. 6:06cr0196-ACC-DAB, which is, itself, the parent of a miscellaneous case, Case No. 6:08-mc-48-22DAB, pending in this division. The instant action, filed originally in state court and removed to this Court, arises out of the seizure by the United States of certain funds held by Pronto Cash of Florida, Inc. ("Pronto"). Both Plaintiff and Defendant in this

action have also asserted claims against the forfeited funds in the criminal action. As set forth by the Court in Order filed in the criminal action, following a status conference at which counsel for all claimants appeared (including the instant parties) and without objection by any party, "[t]he competing claims . . .to the identified funds will be adjudicated in the Miscellaneous docket. . ." (Doc. No. 240 in criminal case; Doc. No. 1 in the miscellaneous docket). Rather than litigating the competing claims in a piecemeal fashion, it is **respectfully recommended** that the motion be **denied, without prejudice** to either party preserving any argument on the merits for presentation in the miscellaneous case. Toward that end, it is **recommended** that the instant action be **stayed and administratively closed,** pending the conclusion of the miscellaneous case.[1]

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 10, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] According to the status report filed by the government in the miscellaneous case, it appears that the government intends to return seized evidence shortly, which will then be released and available for discovery purposes (Doc. No. 22). The Court anticipates an abbreviated discovery period, followed by evidentiary hearings and/or other proceedings, as appropriate and desired by the parties.