**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WESTERN UNION FINANCIAL**
**SERVICES, INC. and INTEGRATED**
**PAYMENT SYSTEMS INC.,**

                **Plaintiffs,**

**-vs-**                                          **Case No. 6:08-cv-265-Orl-22KRS**

**BANCO POPULAR NORTH AMERICAN**
**CORP.,**

                **Defendant.**
_____

## ORDER

This cause is before the Court on Banco Popular North America's Dispositive Motion to Dismiss (Doc. No. 6) filed on March 4, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice, and that the case be stayed and administratively closed pending the conclusion of *In re: Pronto Case Forfeited Funds,* Case No. 6:08-mc-48-Orl-22DAB.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 10, 2008 (Doc. No. 28) is ADOPTED and CONFIRMED and made a part of this Order.

     2.     Banco Popular North America's Dispositive Motion to Dismiss (Doc. No. 6) is DENIED without prejudice.

     3.     This action is hereby STAYED.

     4.     The Clerk is directed to ADMINISTRATIVELY CLOSE the file.

     5.     Plaintiffs may reinstate this action to active status, upon proper motion at the conclusion of the miscellaneous proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the proceedings, Plaintiffs shall promptly move for dismissal of this case.

     6.     Plaintiffs are directed to file a Notice with the Court upon the conclusion of the proceedings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 29, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

*Anne C. Conway*  
ANNE C. CONWAY  
United States District Judge